### RE: Richardson v. Clarke, et al., Civil Action No. 3:18CV23

David A. Richardson, 1058541, D-7-46-B
Deerfield Correctional Center
21360 Deerfield Drive
Capron, Virginia 23829-2839
davidarichardson1955@gmail.com



Wednesday, March 24, 2021

Clerk's Office
United States District Court
Eastern District Of Virginia
701 East Broad Street
Richmond, Virginia 23219-3528

Dear Clerk:

I have by separate mailing sent you my notice to appeal in the above cited case. In the opening paragraph I have noted an attorney who has informed me by email that he will be appealing my case so I have assumed, correctly or otherwise, that he will be submitting the filing fee.

If for some reason the filing fee is not paid I will need to submit an In Forma Pauperis notice to the court. I would appreciate it if you would please advise me in this regard.

I have received no notice that my claim has been dismissed from the Court. Agents of the defendants delivered to me a notification (handed me a stack of papers) and told me that my case was dismissed. I am unable to read this information and the defendants have refused to provide me with an interpreter for the hours necessary to have the documents read to me.

Thank you.

Sincerely yours,

*David A. Richardson* (signature)

David A. Richardson

Page 1 of 1